**File Hashes for IP Address 72.83.227.93**

**ISP:** Verizon Online, LLC
**Physical Location:** Germantown, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/12/2016 00:28:22 | 2E173DC712E2EA64B168D1103A4EA7BC11D7D408 | X-art Unauthorized Pack 2E173DC |

**Total Statutory Claims Against Defendant: 36**

EXHIBIT A

MD589