**Copyrights-In-Suit for IP Address 72.83.227.93**

**ISP:** Verizon Online, LLC
**Location:** Germantown, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 01/12/2016 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 01/12/2016 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 01/12/2016 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 01/12/2016 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 01/12/2016 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 01/12/2016 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 01/12/2016 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/12/2016 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 01/12/2016 |
| Ibiza Love | PA0001820855 | 10/29/2012 | 01/13/2013 | 01/12/2016 |
| In Bed | PA0001811897 | 09/21/2012 | 10/28/2012 | 01/12/2016 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/12/2016 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 01/12/2016 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 01/12/2016 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 01/12/2016 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 01/12/2016 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/12/2016 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 01/12/2016 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/12/2016 |
| On My Own | PA0001794965 | 06/04/2012 | 06/08/2012 | 01/12/2016 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 01/12/2016 |

EXHIBIT B

MD589

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 01/12/2016 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 01/12/2016 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 01/12/2016 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 01/12/2016 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 01/12/2016 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 01/12/2016 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 01/12/2016 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 01/12/2016 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 01/12/2016 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 01/12/2016 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 01/12/2016 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 01/12/2016 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 01/12/2016 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 01/12/2016 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 01/12/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 36**

EXHIBIT B

MD589