**X-art Unauthorized Pack 2E173DC**

A Day to Remember

A Girls Fantasy

A Love Story

Amazing Grace

Black Lingerie Bliss

Cum With Me

Flexible Beauty

Heart and Soul

Heavenly Brunettes

Ibiza Love

In Bed

Inside Perfection

Lipstick Lesbians

Lovers Quarrel

Miss Me Not

Miss Perfect

Morning Desires

Morning Tryst

Naughty and Nice

On My Own

One Night Stand

Perfect Together

Prelude to Passion

Red Hot

Romantic Memories

Sent from Heaven

Side by Side

Soul Mates

Still With Me

The Rich Girl Part #2

Then They Were Three

This Side of Paradise

Three for the Show

Exhibit C

Unforgettable View #1

Vacation Fantasy

Young Passion

**Total Registered Works in X-art Unauthorized Pack 2E173DC: 36**

Exhibit C

MD589